[No. 34301-7-I.    Division One.    July 27, 1998.]

SHARON KEENE, *Respondent*, v. RONALD EDIE, *Defendant*, JUDITH R. EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-24043-4, Jim Bates, J., entered February 9, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid, A.C.J., and Coleman, J.

[No. 38899-1-I.    Division One.    July 27, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANKLIN SHAW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07834-2, Larry A. Jordan, J., entered June 10, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Baker, JJ.

[No. 39697-8-I.    Division One.    July 27, 1998.]

MELODIE S. ALLEN, ET AL., *Appellants*, v. KING COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-28633-1, Sally Phillips Pasette, J., entered November 6, 1996. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Grosse and Becker, JJ.

[No. 40053-3-I.    Division One.    July 27, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONA MINTHORN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02187-0, Richard D. Eadie, J., entered January 17, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Coleman and Ellington, JJ.